# Third District Court of Appeal

## State of Florida

Opinion filed March 20, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D23-1550 & 3D23-1551
Lower Tribunal No. 21-17867

_____

**Crestview Towers Condominium Association, Inc., et al.,**
Appellants,

vs.

**Camita Bresilla, et al.,**
Appellees.

Appeals from a non-final order from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

Cole, Scott & Kissane, P.A., and David C. Borucke, Barry A. Postman, and Matthew A. Green (Tampa); Israel, Israel & Associates, P.A., and David B. Israel, and Eric J. Israel (Davie), for appellants.

Mansfield Bronstein & Stone, LLP, and Gary N. Mansfield and David Stone and Ariane Wolinsky (Fort Lauderdale), for appellees.

Before LINDSEY, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Sosa v. Safeway Premium Fin. Co., 73 So. 3d 91 (Fla. 2011); see also Pet Supermarket, Inc. v. Eldridge, 360 So. 3d 1201, 1204 (Fla. 3d DCA 2023) (noting abuse of discretion standard).